# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Ari Kalechstein, PH.D,

Plaintiff(s),

v.

Mehrdad Abbassian, M.D., P.C., Mehrdad Abbassian, M.D. ,

Defendant(s).

Case No. 15-cv-05929
Judge Mary M. Rowland

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of Defendants, Mehrdad Abbassian, M.D., P.C., Mehrdad Abbassian, M.D, and against Plaintiff, Ari Kalechstein, PH.D.

This action was *(check one)*:

☐ tried by a jury with Judge Mary M. Rowland presiding, and the jury has rendered a verdict.
☐ tried by Judge Mary M. Rowland without a jury and the above decision was reached.
☒ decided by Judge Mary M. Rowland on a motion for summary judgment.

Date: 8/8/2017                              Thomas G. Bruton, Clerk of Court

                                            Dawn A. Moreno, Deputy Clerk